UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

IN RE: )
)
David J. Bibiloni, ) Case No. 18-20309 EEB
SSN: xxx-xx-6362 ) Chapter 13
)
)
)
Debtor )

## Local Bankruptcy Form 3015-1.4
## Confirmation Status Report

### Part 1  Report

The debtor submits the following status report pursuant to L.B.R. 3015-1 and states as follows:

The debtor filed for chapter 13 relief on **November 29, 2018**. The debtor attended the 11 U.S.C. § 341(a) Meeting of Creditors on **January 8, 2019**.

### Part 2  Notice and Service Date

The last plan to be noticed and served was dated **March 18, 2019, at docket no. 45**.

List all prior plans and dates of filing:

| Plan | Date of filing | Docket No. |
|---|---|---|
| Original Chapter 13 Plan | 11/29/2018 | 2 |
| Amended Chapter 13 Plan | 2/5/2019 | 25 |
| Amended Chapter 13 Plan | 3/18/2019 | 45 |
|  |  |  |

### Part 3  Objections

☒  The following objections have been filed:

| Name of Objecting Party | Docket No. |
|---|---|
| Chapter 13 Trustee | 19, 30, 50 |
|  |  |

AND

☒  The debtor complied with the "Meet & Confer" requirements of L.B.R. 3015-1.

### Part 4  Summary of Objections

L.B.F. 3015-1.4 (12/17)                                                                                                 Page

| Objection | Debtor's response |
|---|---|
| The Chapter 13 Trustee submits that Debtor's Plan should provide for turnover of all net proceeds from his pre-Petition personal injury cause of action. Trustee also states that Debtor is not current on Chapter 13 Plan payments. Last, the Trustee requests that Debtor's counsel Amend the LBR 2016(b) disclosure form to correct any inconsistencies. | Given Debtor's current 2019 gross/net income, the most recent Amended Plan filed at docket no. 45 provided for repayment of 100% of Class I-IV claims. The undersigned counsel will **confer with the Trustee about this issue as no personal injury proceeds should need to be turned over so long as Debtor continues to pay 100% of all filed claims.**<br><br>The next Amended Plan will deem Debtor current on Plan payments based on what Debtor's paid so far with the balance to fund the Plan amortized over the remaining months of the Plan. This should satisfy the MTD filed on April 12, 1019 at docket no. 51.<br><br>Debtor has filed his 2018 tax returns and will owe $3,615 to the IRS and $2,040, and the next Amended Plan will reflect these amounts. Counsel will Amend Schedule E with a LBR 1009 Notice of Amendment to add the IRS as a creditor in this case.<br><br>Last, counsel will Amend the LBR 2016(b) disclosure form as requested to show a current estimate of fees/costs. |

## Part 5 Resolution of Objections by Amended Plan

**Use this section if the debtor intends to resolve the objection(s) by filing an amended plan.**

    a. Filing of Amended Plan.

        ☒ The debtor intends to file an amended plan by **Wednesday, May 1, 2019.** The anticipated amended plan will make the following changes: **see Part IV above**.

    b. Treatment of Objections by Amended Plan.

        ☒ The amended plan is intended to resolve all of the objections filed;

    c. Notice of Amended Plan:

        ☒ Request to limit notice: **Debtor requests that notice be limited to the Trustee, tax authorities and parties requesting notice.**

    d. Objection Time Period for Amended Plan:

        ☒ Request to shorten objection time period: the debtor requests the objection period set forth in Fed. R. Bankr. P. 2002(b) be shortened to **14** days:

**Part 6** Resolution of Objections by Judicial Determination

N/A.

**Part 7** Other Information of Status of Case

N/A.

**Part 8** Signature of Debtor's Attorney or Debtor.

Dated this 17th day of April 2019

/s/ David M. Serafin
David M. Serafin, #33686
501 S. Cherry St., Suite 1100
Denver, CO 80246
(303) 862-9124
david@davidserafinlaw.com

CERTIFICATE OF SERVICE

I certify that I have served true and correct copies of the Confirmation Status Report, on this 17th day of April 2019, by ECF filing, to the following:

Adam Goodman
Ch. 13 Bankruptcy Trustee
PO Box 1169
Denver, CO 80201

/s/ David M. Serafin